IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CURTAVIOUS JAQUAN THORTON,<br>Defendant. | CASE NO. 1:26-MJ-00130-SAB<br><br>**ORDER UNSEALING COMPLAINT** |

The United States of America, having arrested the defendant, Curtavious Jaquan Thorton, on an arrest warrant, and the need for sealing the criminal complaint and related documents having ceased;

IT IS ORDERED that the criminal complaint and arrest warrant shall be unsealed in their entirety.

IT IS SO ORDERED.

Dated: **October 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge