# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CURTAVIOUS JAQUAN THORNTON,

Defendant.

Case No. 1:26-mj-00130-SAB-1

ORDER THAT CASH BOND BE TRANSFERRED TO MIDDLE DISTRICT OF FLORIDA

On November 16, 2026, Defendant Curtavious Jaquan Thornton was released on conditions, including a $5,000.00 cash bond. (ECF No. 11.) Defendant was also ordered to report to the United States District Court for the Middle District of Florida for further proceedings. On November 16, 2026, a cash bond of $5,000.00 was posted as to Curtavious Jaquan Thornton. (ECF No. 10.) On November 16, 2026, this Court transferred relevant documents to the Middle District of Florida. (ECF No. 12.)

Given that Defendant's case is now pending before the Middle District of Florida, the Court orders the Clerk of the Court to transfer the $5,000.00 cash bond to the Middle District of Florida.

IT IS SO ORDERED.

Dated: **November 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge